UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA SOPHIA PEREZ,

                              Plaintiff,

-against-

WESTCHESTER COMMUNITY
OPPORTUNITY PROGRAM,

                              Defendant.

**ORDER OF SERVICE**

25-CV-01772 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Plaintiff, who is proceeding *pro se*, brings this action under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12112-12117, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, alleging that her employer, Westchester Community Opportunity Program, discriminated against her based on her disability. By order dated March 7, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

       Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

       To allow Plaintiff to effect service on Defendant Westchester Community Opportunity Program through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   White Plains, New York
         April 4, 2025

_____
PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Westchester Community Opportunity Program
2 Westchester Plaza
Elmsford, NY 10523