

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

November 25, 2025

**Via ECF**
Hon. Philip Halpern
Southern District of New York United States District Court

Re:    7:25-cv-01772 (PMH)
       *Perez v. Westchester Community Opportunity Program*

Dear Hon. Halpern:

This is a joint letter on behalf of the parties.   The parties jointly request to adjourn the scheduled initial case conference scheduled for December 2, 2025.  The basis for the request is two-fold.  First, that I just entered a notice of appearance as counsel for Plaintiff (dkt 18).  My firm previously represented Ms. Perez solely for a mediation pursuant to the SDNY Pro Bono program.

In addition, I have informed Defendant's counsel that we will be filing a motion to amend the complaint.  The motion, if granted, will add an additional individual Defendant. It would not be a good use of the Court's time to have an initial case conference without potentially all parties present.

This is the parties first request for an adjournment.

> Application granted. The conference scheduled for December 2, 2025 is adjourned sine die. Plaintiff is directed to review and comply with the Court's Individual Practices for amending pleadings. By December 15, 2025, Plaintiff shall either file a pre-motion letter seeking leave to file an amended complaint together with a redlined version of the pleading; or shall file an order and stipulation providing Defendant's written consent to the amendment.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 1, 2025

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer