

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

April 21, 2026

**<u>Via ECF</u>**
Hon. Philip M. Halpern
United States District Court, Southern District of New York

        Re:     *Perez v. Westchester Community Opportunity Program*
                7:25-cv-01772 (PMH)

Dear Hon. Halpern:

        Plaintiff requests an extension to file their opposition papers to Defendants' motion to dismiss. Plaintiffs' opposition papers are currently due on May 11, 2026. The basis for the request is workload and personal: I have several depositions scheduled and a vacation scheduled. Plaintiff requests an additional two weeks until May 25, 2026. Defendants' oppose Plaintiff's application.

        This is Plaintiff's first request for an extension.

Application granted. The briefing schedule is extended such that opposition shall be served, not filed, by May 25, 2026; and reply shall be served, and all papers shall be filed, by June 9, 2026.

The parties were directed to file a letter advising the Court of the status of settlement by April 13, 2026 but no letter has been filed to date. Accordingly, the parties shall file a joint letter advising the Court of the status of settlement by April 27, 2026.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
      April 22, 2026

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer