

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

April 28, 2026

**Via ECF**
Hon. Philip M. Halpern
United States District Court, Southern District of New York

      Re:    *Perez v. Westchester Community Opportunity Program*
              7:25-cv-01772 (PMH)

Dear Hon. Halpern:

      Plaintiff requests an extension for the parties to file their joint status update until April 29, 2026. I apologize and take full responsibility.

                Respectfully,

                */s Jacob Aronauer*
                Jacob Aronauer

**Via ECF**
*All attorneys on record*

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         April 28, 2026